People v Bawa (2025 NY Slip Op 00383)

People v Bawa

2025 NY Slip Op 00383

Decided on January 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 23, 2025

Before: Manzanet-Daniels, J.P., Singh, Mendez, Rosado, O'Neill Levy, JJ. 

Ind No. 156/20 950/20 Appeal No. 2742-2742A Case No. 2022-05089 

[*1]The People of the State of New York, Respondent,
v
Diawul-Haz Bawa, Defendant-Appellant. 

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Rashad Moore of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Brian Witthuhn of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Ralph Fabrizio, J., at suppression hearing; Guy H. Mitchell, J., at pleas and sentencing), rendered November 2, 2022, as amended November 14, 2022, convicting defendant of criminal possession of a weapon in the second degree and petit larceny, and sentencing him to an aggregate term of 4½ years, unanimously affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]), which forecloses review of his suppression and excessive sentence claims.
Under these circumstances, we find defendant's remaining arguments unavailing. We perceive no new basis for reducing the sentence. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 23, 2025